04-00008
J. Lisi
USDC-RIPR

# United States Court of Appeals
## For the First Circuit

# MANDATE

No. 04-1875

UNITED STATES,

Appellee,

v.

ULISES MATOS,

Defendant, Appellant.

RECEIVED
AUG 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**JUDGMENT**

Entered: July 15, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed. See lst Cir. R. 27(c).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 8/8/05

**By the Court:**
Richard Cushing Donovan, Clerk

JULIE GREGG

By: Julie Gregg, Operations Manager

[cc: Mr. Lockhart, Mr. Madden & Mr. Goddu.]